Mark A. Thiel, SBN 182045
LAW OFFICE OF MARK A. THIEL
3439 Brookslide Road, Suite 205
Stockton, CA 95219
Telephone: (209)951-9600
Fax: (209)475-4951
Email:mark@matlaw.net
Attorney for Plaintiff, BENJAMIN MCGUIRE SR.

Michael S. Warda, SBN 176360
MICHAEL S. WARDA,
A Professional Law Corporation
2350 W. Monte Vista Avenue
Turlock, California 95382
Telephone: (209) 667-1889
Fax: (209) 667-1809
Email: mike@wardalaw.com
Attorney for Plaintiff, STACY MCGUIRE

Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Deputy County Counsel
Mark T. Laluan, SBN 339479
Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA  95340
Tel:    (209) 385-7564
Fax:    (209) 726-1337
Email: Jenna.Anderson@countyofmerced.com; Mark.Laluan@countyofmerced.com
Attorney for Defendants Merced County and Sheriff Vernon Warnke

In the United States District Court

For the Eastern District of California

| | |
|---|---|
| STACY MCGUIRE, et at.,<br><br>    Plaintiffs,<br>    v.<br><br>STANISLAUS COUNTY; et al.,<br>    Defendants. | Case No. 2:23-cv-02958-KJM-AC<br><br>**Stipulation and Order Extending Time to Respond to First Amended Complaint** |

1  Plaintiffs, Stacy McGuire and Benjamin McGuire, Sr., and Defendants,
2 Merced County and Sheriff Vernon Warnke, by and through their attorneys,
3 hereby stipulate:
4  WHEREAS, Plaintiffs filed a First Amended Complaint on or about August
5 1, 2024 [Doc. 44];
6  WHEREAS, Defendants Merced County and Sheriff Vernon Warnke's
7 response to the First Amended Complaint is due on or before August 15, 2022;
8  WHEREAS, on August 14, 2024, parties met and conferred pursuant to
9 the standing rules of the Court;
10  WHEREAS, Defendants Merced County and Sheriff Vernon Warnke
11 request an extension of time to file a responsive pleading to the First Amended
12 Complaint;
13  WHEREAS, this extension of time will allow Plaintiff and Defendants
14 Merced County and Sheriff Vernon Warnke additional time to further meet and
15 confer regarding the First Amended Complaint;
16  NOW THEREFORE, the parties stipulate to extend time for Defendants
17 Merced County and Sheriff Vernon Warnke to respond to the First Amended
18 Complaint to September 16, 2024.
19  IT IS SO STIPULATED.

Dated: August 14, 2024                    Law Offices of Mark. A. Thiel

                                          By:  /s/ Mark A. Thiel (as authorized 8/14/24)
                                               Mark A. Thiel
                                               Attorney for Plaintiff Benjamin
                                               McGuire, Sr.

Dated: August 14, 2024                    Michael S. Warda
                                          Professional Law Corporation

                                          By:  /s/ Michael S. Warda (as authorized 8/14/24)
                                               Michael S. Warda
                                               Attorney for Plaintiff Stacy McGuire

Dated: August 14, 2024                    Forrest W. Hansen
                                          Merced County Counsel


                                    By:   /s/ Mark T. Laluan
                                          Mark T. Laluan
                                          Deputy County Counsel
                                          Attorneys for Defendants Merced
                                          County and Sheriff Vernon Warnke

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendants Merced County and Sheriff Vernon Warnke shall file a response to the First Amended Complaint on or before September 16, 2024.

Dated: August 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE