UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MCGUIRE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS COUNTY, et al.<br><br>Defendants. | No. 2:23-cv-02958-DC-AC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 60, 61, 77) |

This matter is before the court on motions to dismiss filed by Defendants Stanislaus County, Merced County, and Sheriff Vernon Warnke's.[1] (Doc. Nos. 60, 61.) On August 1, 2025, the court referred the pending motions to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 76.)

On August 6, 2025, the magistrate judge issued findings and recommendations recommending that the motions be granted and the case be dismissed without leave to amend. (Doc. No. 27.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after

---

[1] As Defendant Stanislaus County accurately noted in its motion to dismiss, Defendant Sheriff Jeff Dirkse is not named in the second amended complaint. (Doc. No. 60-1 at 1 n.1.) Thus, the court will direct the Clerk of the Court to update the docket to reflect that Defendant Sheriff Jeff Dirkse was terminated as of November 8, 2024, the date Plaintiffs filed the second amended complaint. (Doc. No. 56.)

1

service. (*Id*. at 16.) On August 26, 2025, Plaintiffs filed objections to the findings and recommendations.[2] (Doc. No. 78.) On September 4, 2025, Defendant Stanislaus County filed a response to those objections. (Doc. No. 79.) On September 9, 2025, Defendants Merced County and Sheriff Vernon Warnke also filed a response to the objections. (Doc. No. 80.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 6, 2025 (Doc. No. 77) are ADOPTED in full;
2. Defendants Stanislaus County, Merced County, and Sheriff Vernon Warnke's motions to dismiss (Doc. Nos. 60, 61) are GRANTED;
3. Plaintiffs' second amended complaint (Doc. No. 56) is dismissed without leave to amend;
4. The Clerk of the Court is directed to update the docket to reflect that Defendant Sheriff Jeff Dirkse was terminated as of November 8, 2024, the date Plaintiffs filed the second amended complaint; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 30, 2025**

Dena Coggins
United States District Judge

---

[2] Plaintiffs' objections to the findings and recommendations are only signed by Plaintiff Stacy McGuire's attorney. (Doc. No. 78 at 26.) Despite the lack of a signature from Plaintiff Benjamin McGuire, Sr.'s attorney, the court construes the filing as objections from both Plaintiffs.